IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Case No. 12-mj-01033-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL FLORA,

      Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS ORDER IS ISSUED to clarify that Mr. Flora's Initial Appearance on Revocation Proceedings set for April 25, 2013, at 2:00 p.m., will be held before Magistrate Judge Michael J. Watanabe in Courtroom A502.

**DATED:**    April 3, 2013